# United States Court of Appeals
## For the First Circuit

No. 22-1857

UNITED STATES OF AMERICA,

Appellee,

v.

NYCOLE AMAURY ROSARIO SÁNCHEZ, t/n Nyckole Amaury Rosario Sánchez,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 3, 2025, is amended as follows:

On page 19, line 5, replace "III." with "IV."